AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01711(1) |
| | § |
| (1) Vicente Cedillo-Ruelas | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 21, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Vicente  CEDILLO-Ruelas, an alien, entered, or was found in the United States at or near Comstock, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 10/13/2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title          **8**          United States Code, Section(s)          **1326(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Vicente  CEDILLO-Ruelas, was arrested by Border Patrol Agents, on July 21, 2022 for being an alien illegally present in the United States. Investigation and records of the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/25/2022
_____
File Date

at   DEL RIO, Texas
_____
City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                          Case Number: DR:22-M -01711(1)

(1) Vicente Cedillo-Ruelas

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/13/2016 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____                          _____
Signature of Judicial Officer                          Signature of Complainant